IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS P. WACKLER, THE DWELLING PLACE, INC., and CAYLIN and KAYLA GARDNER, individually and on behalf of their minor children D.G., E.G. and L.G.,<br><br>Defendants. | CV 24-174-M-KLD<br><br>ORDER |

Defendant The Dwelling Place, Inc. ("The Dwelling Place") has filed an unopposed motion to strike jury demand. (Doc. 28). The Dwelling Place moves this Court for an order striking the jury demand set forth in its answer to Plaintiff's amended complaint for declaratory judgment and demand for jury trial. (Doc. 15). Accordingly,

IT IS ORDERED that The Dwelling Place's motion is GRANTED and the

//

//

1

jury demand is stricken from The Dwelling Place's answer to Plaintiff's amended complaint for declaratory judgment and demand for jury trial (Doc. 15).

DATED this 20th day of May, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge