IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS P. WACKLER, THE DWELLING PLACE, INC., and CAYLIN and KAYLA GARDNER, individually and on behalf of their minor children D.G., E.G. and L.G.,<br><br>Defendants. | CV 24-174-M-KLD<br><br>ORDER |

The parties have filed a joint Stipulation of Dismissal with Prejudice. (Doc. 31). Accordingly,

IT IS ORDERED that this case is dismissed with prejudice and each of the parties shall bear their own costs and attorney's fees.

DATED this 24th day of July, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1